# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00390-CV

**Jim Foley; Peggy Johnson; Terry Foley; J&C Investment, Inc.; and
J&C Investment, Inc. d/b/a Foley Enterprises, Appellants**

**v.**

**Unauthorized Practice of Law Committee for the
Supreme Court of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN500359, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss their appeal.  We grant the motion and dismiss the appeal.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed:  November 18, 2005